UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO.   CR-99-0058-WFN |
| Plaintiff, ) | |
| ) | |
| -vs- ) | ORDER |
| ) | |
| PENNY LYNN KIRK, ) | |
| ) | |
| Defendant. ) | |

Before the Court is a letter received June 8, 2005 from Ms. Kirk requesting that the Court authorize a 48 hour pass for her to attend a family reunion in Entiat, Washington from August 5 to August 7, 2005. The Court shall construe the letter as a pro se motion.

The Court requested information from United States Probation Officer Kevin Crawford. Mr. Crawford reviewed Ms. Kirk's past history and discussed the issue with Sean Hendrickson, Ms. Kirk's counselor at Turner House. The Court has reviewed the file and is fully informed.

The Court **FINDS** that:

1. Ms. Kirk has had her supervised release revoked on three prior occasions, the last two for illegal substance use.

2. There have been prior allegations of Ms. Kirk's disputes with family members.

3. Ms. Kirk is currently doing well at Turner House but has a poor prior history in the community.

ORDER - 1

4. Neither Probation Officer Crawford nor Ms. Kirk's counselor at Turner House, Sean Hendrickson, support Ms. Kirk's request for the 48 hour pass. Accordingly,

**IT IS ORDERED** that:

1. The Court **CONSTRUES** Ms. Kirk's letter dated June 5, 2005 as a pro se Motion for a 48 Hour Pass to attend a family reunion.

2. Ms. Kirk's Motion for a 48 Hour Pass to attend a family reunion is **DENIED**. As Ms. Kirk is currently doing well, the Court concludes that a 48 hour pass and contact with her family could offer opportunities for further difficulties and is not advisable.

The District Court Executive is requested to:

- File Ms. Kirk's letter dated June 5, 2005 as a Motion for a 48 Hour Pass to Attend a Family Reunion;
- File this Order;
- Provide copies to:
    + Ms. Kirk at Second Chance Turner House, 925 West Broadway, Spokane, Washington 99201;
    + Counsel of record; **AND TO**
    + United States Probation Officer Kevin Crawford.

**DATED** this 27th day of June, 2005.

06-27

                                          s/ Wm. Fremming Nielsen
                                          WM. FREMMING NIELSEN
                              SENIOR UNITED STATED DISTRICT JUDGE

ORDER - 2